23038-00145/26/1619289.v1
**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
**BY:** John P. Gonzales, Esquire
ID# 71265
620 Freedom Business Center, Suite 300
King of Prussia, PA 19406
(610) 354-8264

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| C/O Frank Wothers and C/O Luis Natal | : Civil Action No. 10-96 |
| v. | : **Jury Trial Demanded** |
| Sergeant Zisman, Lieutenant Lisa Gannon, Sergeant Adrian Kenny and The GEO Group, Inc. | : |

**CERTIFICATE OF SERVICE**

I, Deirdre E. Collins, Esquire, being duly sworn according to law, hereby certify that the Rule 68 Offer of Judgment (Amended) to Plaintiff Frank Wothers was forwarded to counsel of record on January 11, 2011 and was sent via facsimile and first class mail, postage prepaid to the address of counsel for Plaintiff as follows:

Jon J. Auritt, Esquire
Law Offices of Jon J. Auritt
130 E. State Street
Media, PA 19063

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

        s/Deirdre E. Collins
        Attorney for Defendants
        620 Freedom Business Center, Suite 300
        King of Prussia, PA   19406
        610-354-8497  (Phone)
        610-354-8496  (Fax)
        decollins@mdwcg.com
        PA93605